# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDSON PORTNOY, On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STONEMOR PARTNERS, L.P., LAWRENCE MILLER, SEAN P. MCGRATH, ROBERT B. HELLMAN, JR. and TIMOTHY YOST<br><br>Defendants. | Class Action No. 2:16-cv-06111-ER |
| STEVE KLEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STONEMOR PARTNERS L.P., LAWRENCE R. MILLER, SEAN P. MCGRATH, JAMES M. PIPPIS, TIMOTHY K. MCGRATH, and WILLIAM R. SHANE,<br><br>Defendants. | Class Action No. 2:16-cv-06275-ER |

**MOTION OF ROBERT CRANDALL FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD <u>COUNSEL FOR THE CLASS</u>**

Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 42 of the Federal Rules of Civil Procedure, movant Robert Crandall ("Movant") hereby moves this Court for an Order consolidating the above captioned cases, appointing him as the lead plaintiff and approving his selection of Glancy Prongay & Murray LLP Lead Counsel for the Class.

Movant bases this Motion on the accompanying Memorandum of Law in support thereof, the Declaration of Lee Albert filed herewith, the pleadings and other filings herein, and such other written or oral argument as this Court may permit.

WHEREFORE, Movant respectfully requests that the Court (i) consolidate the related cases, (ii) appoint Movant as Lead Plaintiff for the Class pursuant to Section 21D(a)(3)(B) of the Exchange Act; (iii) approve Lead Plaintiff's selection of Glancy Prongay & Murray as Lead Counsel for the Class; and (iv) grant such other and further relief as the Court may deem just and proper.

Dated: January 20, 2017            Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Lee Albert*
Lee Albert (P.A. Bar ID 46852)
112 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Lalbert@glancylaw.com

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
Lesley F. Portnoy
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

*Proposed Lead Counsel for the Class*

2

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 20, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Pennsylvania, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 20, 2017.

 

                                                       *s/ Lee Albert*
                                                      Lee Albert

# Mailing Information for a Case 2:16-cv-06111-ER ANDERSON v. STONEMOR PARTNERS, L.P. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **JAMES M. FICARO**
  jmf@weiserlawfirm.com,hl@weiserlawfirm.com

- **EDWARD T. FISHER**
  efisher@griesinglaw.com,jkwiatkoski@griesinglaw.com,dsparks@griesinglaw.com

- **CHRISTOPHER L. NELSON**
  cln@weiserlawfirm.com,hl@weiserlawfirm.com

- **BRIAN J. SLIPAKOFF**
  bslipakoff@duanemorris.com

- **JAMES H. STEIGERWALD**
  JHSteigerwald@duanemorris.com

- **ROBERT B. WEISER**
  rw@weiserlawfirm.com,hl@weiserlawfirm.com

- **JONATHAN M. ZIMMERMAN**
  jmz@weiserlawfirm.com,hl@weiserlawfirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)