```
IN THE UNITED STATES DISTRICT COURT
  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDSON ANDERSON, et al.         :    CIVIL ACTION
                                :    NO. 16-6111
       Plaintiffs,              :
                                :
   v.                           :
                                :
STONEMOR PARTNERS, L.P., et al. :
                                :
       Defendants.              :
```

## **O R D E R**

**AND NOW**, this **31th** day of **October, 2017**, upon consideration of Defendants' Motion to Dismiss (ECF No. 68), the replies and responses thereto (ECF Nos. 69, 74, 78, 79), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 68) is **GRANTED** as to both counts of the Consolidated Amended Complaint (ECF No. 67). Plaintiff is **GRANTED** leave to file an amended consolidated complaint by **November 15, 2017**.

   **AND IT IS SO ORDERED.**

            <u>s/Eduardo C. Robreno</u>
            **EDUARDO C. ROBRENO, J.**