IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDSON ANDERSON, et al. | : | CIVIL ACTION |
| | : | NO. 16-6111 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| STONEMOR PARTNERS, L.P., et al. | : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **29th** day of **November, 2017**, in accordance with the Court's Memorandum and accompanying Order on October 31, 2017 (ECF Nos. 86, 87), it is **ORDERED** that **JUDGMENT** is **ENTERED** in favor of Defendants against Plaintiffs.[1]

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO, J.**

[1] The Plaintiffs were granted leave to amend, but notified the Court that they wanted to stand on their Amended Complaint, and requested issuance of judgment. ECF No. 88.