## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDSON ANDERSON, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>STONEMOR PARTNERS L.P., STONEMOR GP, LLC, STONEMOR GP HOLDINGS, LLC, AMERICAN CEMETERIES INFRASTRUCTURE INVESTORS, LLC, LAWRENCE R. MILLER, SEAN P. MCGRATH, ROBERT B. HELLMAN, JR., WILLIAM R. SHANE and TIMOTHY YOST,<br><br>*Defendants*. | Civ. A. No. 2:16-CV-06111-ER<br><br>CLASS ACTION<br><br>Judge Eduardo C. Robreno |

## NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiffs in the above-captioned action, Peter Fan, Royal Estate Management, LLC and Fremont Hotel, Inc., individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Third Circuit from the November 30, 2017 Order that Judgment Is Entered In Favor of Defendants and Against Plaintiffs (ECF No. 89), as well as all prior orders and rulings merged therein, including but not limited to the October 31, 2017 Order (ECF No. 86), and the accompanying October 31, 2017 Memorandum granting Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (ECF No. 87).

| | |
|---|---|
| Dated: December 29, 2017 | Respectfully submitted. |

LABATON SUCHAROW LLP

By:*/s/ James W. Johnson*
James W. Johnson (*admitted pro hac vice*)
Michael H. Rogers (*admitted pro hac vice*)
Matthew J. Hrutkay (*admitted pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
mhrutkay@labaton.com

*Counsel for Lead Plaintiff Fremont Investor Group and Lead Counsel for the Proposed Class*

Johnston de F. Whitman, Jr. (PA 207914)
Naumon A. Amjed (PA 309520)
Ryan T. Degnan (PA 309305)
KESSLER TOPAZ
MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
jwhitman@ktmc.com
namjed@ktmc.com
rdegnan@ktmc.com

*Liaison Counsel for the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2017, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*/s/ James W. Johnson*
James W. Johnson