UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

______________

No. 17-3843

______________

PETER FAN; ROYAL ESTATE MANAGEMENT LLC;
FREMONT HOTEL INC, Individually and on behalf of all others similarly situated,
Appellants

v.

STONEMOR PARTNERS LP; STONEMOR GP LLC;
STONEMOR GP HOLDINGS LLC;
AMERICAN CEMETERIES INFRASTRUCTURE INVESTORS LLC;
LAWRENCE MILLER; SEAN P. MCGRATH;
ROBERT B. HELLMAN, JR.; WILLIAM R. SHANE; TIMOTHY YOST

______________

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civ. Action No. 2-16-cv-06111)
District Judge: Honorable Eduardo C. Robreno

______________

Argued: November 1, 2018

______________

Before: SMITH, *Chief Judge*, McKEE, and RESTREPO, *Circuit Judges*

______________

JUDGMENT

______________

This case came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on November 1, 2018.

On consideration whereof, it is now hereby **ORDERED and ADJUDGED** by this court that the Order of the District Court entered November 30, 2017, be and the same, is hereby **AFFIRMED**.

Costs taxed against appellants.

All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 20, 2019

**Certified as a true copy and issued in lieu of a formal mandate on** September 24, 2019

**Teste:** Patricia S. Dodszuweit
**Clerk, U.S. Court of Appeals for the Third Circuit**